UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James F. Meegan, II,<br><br>    Petitioner<br><br>v.<br><br>Director James Cox, et al.,<br><br>    Respondents | 2:15-cv-02500-JAD-GWF<br><br>**Order Denying Petition as Moot and Closing Case** |

Former Nevada state-prison inmate James F. Meegan, II, filed a § 2254 petition to challenge his August 2013 parole conviction. Noting that Meegan challenges only his parole revocation, not his murder conviction, and that he had already been re-released on parole, I ordered Meegan to show cause why his petition should not be dismissed as moot.[1] The deadline to respond to my show-cause order has long since passed, and Meegan has not filed a response or requested an extension to do so. Accordingly,

IT IS HEREBY ORDERED that Meegan's petition **[ECF No. 1-1] is DENIED** as moot, and, because reasonable jurists would not find my conclusion to be debatable or wrong, I decline to issue a certificate of appealability.

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 5th day of October, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 2.